# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON,**  **PLAINTIFF**
**ADC # 106563**

**VS.**                    **4:22-CV-00608-BRW-JTK**

**RODIGUEZ, et al.**  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  After, careful consideration, I adopt the Recommended Disposition in all respects. Mr. Robertson, a frequent-filer, is well aware of the fact that he is a "three striker" under the PLRA.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

Plaintiff's IFP Motions (Doc. Nos. 1, 4) are DENIED as moot.

If Plaintiff wishes to continue this case, he is required to submit the statutory filing and administrative fee of $402.00 to the Clerk, noting the above case style and number, within fifteen (15) days of the date of this Order, together with a motion to reopen the case.  Upon receipt of the motion and full payment, the case will be reopened.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of July, 2022.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE