IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON,**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 106563**

VS.　　　　　　　　　　　　**4:22-CV-00608-BRW**

**RODIGUEZ, et al.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 11th day of July, 2022.

　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE